UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REMY INTERNATIONAL, INC. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:04-cv-1895-JDT-TAB |
| v. | ) |
| | ) |
| EVENSEN ENTERPRISES, INC.; | ) |
| MACHINERY COMPONENTS, INC.; | ) |
| AND UNITED STARTERS & | ) |
| ALTERNATORS INDUSTRIES, INC. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

Plaintiff, REMY INTERNATIONAL, INC., by counsel, pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, respectfully submits this Stipulation of Dismissal of Defendant, Evensen Enterprises, Inc., but not the other defendants' and states as follows:

Evensen Enterprises, Inc. is the named Defendant in this case. REMY INTERNATIONAL, INC. and Evensen Enterprises, Inc. have reached an agreement. Accordingly, REMY INTERNATIONAL, INC. respectfully submits this Notice of Dismissal, With Prejudice, of Defendant Evensen Enterprises, Inc.

Respectfully submitted,

ICE MILLER

s/Jay G. Taylor
Jay G. Taylor
ICE MILLER
One American Square
Box 82001
Indianapolis, IN 46282-0200
(317) 236-2100
E-mail: Jay.Taylor@icemiller.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2005, a copy of the foregoing NOTICE OF DISMISSAL was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and by first class mail. Parties may access this filing through the Court's system.

    Stephen J. Peters
    Stephen W. Sutherlin
    STEWART & IRWIN
    speters@silegal.com
    ssutherlin@silegal.com


    <u>U.S. MAIL</u>
    James E. Judge
    Vanasco Genelly & Miller
    33 North LaSalle Street, Suite 2200
    Chicago, IL 60602


    Allen Evensen
    5220 Crescent Drive
    Yorba Linda, CA 92687


                                                                                  <u>s/Jay G. Taylor</u>
                                                                                   Jay G. Taylor


INDY 1502770v.1