UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REMY INTERNATIONAL, INC. )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MACHINERY COMPONENTS, INC. and )<br>UNITED STARTERS & ALTERNATORS )<br>INDUSTRIES, INC. )<br>)<br>Defendants. ) | CASE NO.: 1:04-CV-1895- JDT-TAB |

**NOTICE DISMISSING THIS ACTION WITH LEAVE TO REINSTATE
AS TO THE DEFENDANT MACHINERY COMPONENTS, INC.**

Pursuant to Fed. R. Civ. P. 41, Plaintiff Remy International, Inc. ("Remy"), through its attorneys, hereby dismisses this action as to the Defendant Machinery Components, Inc. ("MCI"), subject to the terms of the June 21, 2005 Settlement Agreement between the parties, with leave to reinstate the action in the event that MCI does not satisfy its obligations under the Settlement Agreement. The parties will each bear their own attorney's fees and costs. Remy's Complaint with regard to Defendant United Starters & Alternators Industries, Inc. remains in effect unless and until specifically dismissed.

Respectfully submitted:

Date: June 24, 2005

s/Jay G. Taylor
ICE MILLER
One American Square, Box 82001
Indianapolis, IN 46282-0200
Phone: (317)236-2150
E-mail: Jay.Taylor@icemiller.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2005, a copy of the foregoing NOTICE OF DISMISSAL was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Stephen J. Peters
Stephen W. Sutherlin
STEWART & IRWIN
speters@silegal.com
ssutherlin@silegal.com

James E. Judge
Vanasco Genelly & Miller
33 North LaSalle Street, Suite 2200
Chicago, IL 60602
jjudge@vgmlaw.com

s/Jay G. Taylor
Jay G. Taylor

INDY 1569903v.1