UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REMY INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:04-cv-1895-JDT-TAB |
| ) | |
| UNITED STARTERS & ALTERNATORS ) | |
| INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

The court, having decided that the Motion to Dismiss should be granted, now therefore **ORDERS, ADJUDGES AND DECREES** that the Complaint is **DISMISSED** for lack of personal jurisdiction.  Costs shall be allowed the Defendant.

ALL OF WHICH IS ORDERED this 15th day of February 2006.

Laura A. Briggs, Clerk
United States District Court

John Daniel Tinder, Judge
United States District Court

By Evelyn A. Hollins, Deputy Clerk

Copies to:

James Edward Judge
Vanasco Genelly & Miller
jjudge@vgmlaw.com

Leo Merken
Jones Day
leo.merken@jonesday.com

Gerald M. Miller
Vanasco Genelly & Miller
gmiller@vgmlaw.com

Stephen J. Peters
Stewart & Irwin PC
speters@silegal.com

John F. Prescott Jr
Ice Miller LLP
john.prescott@icemiller.com

Thomas P. Scully
Jones Day
tpscully@jonesday.com

Stephen W. Sutherlin
Stewart & Irwin
ssutherlin@silegal.com

Michael A. Swift
Ice Miller LLP
michael.swift@icemiller.com

Jay G. Taylor
Ice Miller LLP
jay.taylor@icemiller.com

Magistrate Judge Tim A. Baker